UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CURTIS COVINGTON,

    Movant,

v.                                    Case No: 8:16-cv-3371-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

THIS CAUSE comes before the Court on Movant's Objection to this Court's June 12, 2017 Order (Doc. 23), in which the Court terminated Movant's Motion for Leave to Appeal *in Forma Pauperis* (Doc. 8) after the Eleventh Circuit Court of Appeals dismissed his appeal. In his objections, Movant does not address the Court's termination of his Motion, but instead reargues the merits of his dismissed section 2255 motion (Doc. 1). As such, the Court construes the objections as another motion for reconsideration. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The construed motion for reconsideration (Doc. 23) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2017.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record